■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL JOHNSON, Appellant. [921 NYS2d 524]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered August 19, 2009, convicting defendant, upon his plea of guilty, of attempted murder in the second degree, and sentencing him to a term of 15 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term to 10 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Gonzalez, P.J., Sweeny, Acosta, Freedman and Abdus-Salaam, JJ.